## WILLIAM ROBISON AND HUGH ROBISON MARTIN, LATE MERCHANTS UNDER THE FIRM OF ROBISON & MARTIN
### v.
### ELIJAH BRUSH

1811

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 355

PAPERS IN FILE

1. Declaration . . . . . . . . . . . . . . . .

## PELEG BROWN
### v.
### DAN AMES

1811

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* \*p. 355

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Affidavit for bail . . . . . . . . . . . . .